■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN BRADSHAW, Appellant. [610 NYS2d 924] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Cayuga County Court, Corning, J.—Attempted Criminal Sale

Controlled Substance, 3rd Degree.) Present—Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.